# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: John F. Bulboff                      CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 20-21838 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF9, Mortgage Pass-Through Certificates, Series 2006-FF9 and index same on the master mailing list.

                                           Respectfully submitted,

                                           **/s/James C. Warmbrodt, Esquire**
                                           James C. Warmbrodt, Esquire
                                           Attorney I.D. No. 42524
                                           KML Law Group, P.C.
                                           BNY Mellon Independence Center
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106
                                           412-430-3594
                                           jwarmbrodt@kmllawgroup.com