**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:   John F. Bulboff, | : | Case No. 20-21838 |
| Debtor. | : | Chapter 13 |
| | : | |
| John F. Bulboff, | : | |
| Movant, | : | Document No.: 7 |
| v. | : | |
| | : | Related to Document No.: |
| Amy F. Doyle, Esquire, Capital One, CB Indigo, Credit One Bank, Deutsch Bank National Co. Trustee c/o Specialized Loan Servicing LLC, Discover Bank, Empire Funding, Enhanced Recovery Corporation, Fayette Waste LLC, First Data, Harley Davidson Credit, Internal Revenue Service, John H. Hyland, Keystone Hardware, Local Edge, A heart media services Co., LVNV Funding, LLC, Maria Sundy, Martha Rudy, Midland Funding, PA Department of Labor and Industry, PA Department of Revenue, PNC Card member services, Samual A. Moore, Esquire, Santander Consumer USA, SK Diesel, Sprint, United States Attorney's Office, Wells Fargo Dealer Services, | : | **Hearing Date and Time:** |
| Creditors, and | : | |
| Ronda J. Winnecour, Trustee, | : | |
| Respondents. | : | |

## ORDER OF COURT

This matter is before the Court on Debtor's Expedited Motion to Extend the Automatic Stay. For the reasons stated in the Motion, or by default, it is hereby ORDERED that the Automatic Stay is extended against all creditors until such time as the case is either closed or dismissed or unless a further order of court provides otherwise.

1

Dated    July 6, 2020

_____ jsf
United States Bankruptcy Judge
Jeffery A. Deller

FILED
7/6/20 11:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 20-21838-JAD
John F. Bulboff                                                          Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dpas              Page 1 of 2          Date Rcvd: Jul 06, 2020
                              Form ID: pdf900         Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2020.
```
db             +John F. Bulboff,    7 Cherry Lane,    Coal Center, PA 15423-1217
15254213       +Amy F. Doyle, Esquire,    Doyle, Adler, LLC,    11 East Market Street,   Suite 103,
                 York, PA 17401-1263
15254217       +Deutsch Bank National Co. Trustee,    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Littleton, CO 80129-2386
15257728       +Deutsche Bank National Trust Co. Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
15254219       +Empire Funding,    c/o Zachter PLLC,    Two University Plaza, Suite 205,
                 Hackensack, NJ 07601-6211
15254220        Enhanced Recovery Corporation,    8014 Mayberry Road,    Jacksonville, FL 32256
15254221       +Fayette Waste LLC,    PO Box 65,    Waltersburg, PA 15488-0065
15254222       +First Data,    1 Western Maryland Pkwy,    Hagerstown, MD 21740-5146
15254225       +John J. Hyland,    3510 Outlook Drive,    West Mifflin, PA 15122-1800
15254226       +Keystone Hardware,    615 W Pike Street,    Canonsburg, PA 15317-1064
15257000       +Local Edge, A Heart Media Services Company,    c/o Amato and Keating, P.C.,
                 107 North Commerce Way,    Bethlehem PA 18017-8913
15254227       +Local Edge, A heart media services co.,    c/o Amato Keating and Lessa, P.C.,
                 107 North Commerce Way,    Bethlehem, PA 18017-8913
15254232        PA Department of Labor and Industry,    Office of UC Tax Services,    651 Boas Street,
                 Harrisburg, PA 17121-0750
15254234       +PNC Card member services,    P.O. Box 2859,    Kalamazoo, MI 49003-2859
15254237       +SK Diesel Service,    2134 Route 22 Hwy W, Suite C,    Blairsville, PA 15717-1266
15254235       +Samual A. Moore, Esquire,    5311 Brightwood Road,    Bethel Park, PA 15102-3617
15254236       +Santander Consumer USA,    Attention: Bankruptcy Dept.,    PO Box 560284,   Dallas, TX 75356-0284
15254239       +United States Attorney’s Office,    700 Grant Street, Suite 4000,    Pittsburgh, PA 15219-1955
15254240       +Wells Fargo Dealer Services,    PO Box 10709,    Raleigh, NC 27605-0709
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15254215       +E-mail/Text: GenesisFS@ebn.phinsolutions.com Jul 07 2020 04:51:34     CB Indigo,   PO Box 4499,
                 Beaverton, OR 97076-4499
15259800        E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 07 2020 04:53:14     Capital Bank,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
15254214        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 07 2020 04:53:16     Capital One,
                 PO Box 71083,   Charlotte, NC 28272-1083
15254216       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 07 2020 04:52:50     Credit One Bank,
                 PO Box 60500,   City of Industry, CA 91716-0500
15254218        E-mail/Text: mrdiscen@discover.com Jul 07 2020 04:49:43     Discover Bank,
                 6500 New Albany Road,    New Albany, OH 43054
15254223       +E-mail/Text: bankruptcy.notices@hdfsi.com Jul 07 2020 04:51:15     Harley Davidson Credit,
                 3850 Arrowhead Drive,    Carson City, NV 89706-2016
15254224       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 07 2020 04:49:52     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
15256321        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 07 2020 04:53:31     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
15254228       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 07 2020 04:52:55     LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
15254231       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 07 2020 04:50:35     Midland Funding,
                 8875 Aero Drive,   Suite 200,    San Diego, CA 92123-2255
15254233       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 07 2020 04:50:21     PA Department of Revenue,
                 Bankruptcy Division,    PO Box 280946,   Harrisburg, PA 17128-0946
15254238       +E-mail/Text: appebnmailbox@sprint.com Jul 07 2020 04:50:32     Sprint,   PO Box 8077,
                 London, KY 40742-8077
                                                                                              TOTAL: 12
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Deutsche Bank National Trust Company, as Trustee f
15254230        Martha Rudy
15254229      ##+Maria Sundy,   43 Universal Street,    Bridgeville, PA 15017-2447
                                                                                TOTALS: 2, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2            User: dpas              Page 2 of 2              Date Rcvd: Jul 06, 2020
                                Form ID: pdf900         Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2020 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor John F. Bulboff bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
              James  Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
               First Franklin Mortgage Loan Trust 2006-FF9, Mortgage Pass-Through Certificates, Series 2006-FF9
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```