IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re:<br><br>JOHN F. BULBOFF,<br><br>Debtor. | Chapter 13<br><br>Case No. 20-21838-JAD |
|---|---|

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO: CLERK, UNITED STATES BANKRUPTCY COURT:

Kindly enter my appearance on behalf of the Commonwealth of Pennsylvania, Department of Revenue, in this case.

PLEASE TAKE NOTICE that the Commonwealth of Pennsylvania, Department of Revenue, respectfully requests that all notices given or required to be given in this case by the Court and/or any other party to this case be served upon the undersigned counsel.

                                          Respectfully submitted,

                                          JOSH SHAPIRO
                                          ATTORNEY GENERAL

Date: August 12, 2020                     By:    */s/ Allison L. Carr*
                                                                   Allison L. Carr, PA ID No. 203815
                                                                   Senior Deputy Attorney General
                                                                   COMMONWEALTH OF PENNSYLVANIA
                                                                   OFFICE OF ATTORNEY GENERAL
                                                                   1251 Waterfront Place
                                                                   Mezzanine Level
                                                                   Pittsburgh, PA 15222
                                                                   Tel: (412) 339 – 2308
                                                                   Fax: (717) 772 – 4526
                                                                   Email: acarr@attorneygeneral.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have electronically filed the foregoing Notice of Appearance and Request for Notice using the electronic filing system which will send notification of such filing to those attorneys registered to receive notice via the CM/ECF system for this matter this 12th day of August, 2020.

Date: August 12, 2020    By: */s/ Allison L. Carr*
Allison L. Carr, PA ID No. 203815
Senior Deputy Attorney General
COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222
Tel: (412) 339 – 2308
Fax: (717) 772 – 4526
Email: acarr@attorneygeneral.gov