# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 20-21838-JAD |
|    John F. Bulboff, | ) | |
| | ) | Chapter 13 |
|    Debtor. | ) | |
| _____ | ) | |
| John F. Bulboff, | ) | |
| | ) | Related to Claim No. 2 |
|    Movant, | ) | |
| | ) | |
| v. | ) | Related Document No. 32 |
| | ) | |
| Local Edge, | ) | |
| A Heart Media Services Company, | ) | |
| | ) | Hearing Date and Time: |
|    Creditor/Respondent, | ) | **October 28, 2020 at 10:00 a.m.** |
| | ) | |
|    and | ) | |
| | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
| | ) | |
|    Respondents. | ) | |

## NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING DEBTORS'S OBJECTION TO PROOF OF CLAIM NO. 2

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an Order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **October 10, 2020** (*i.e.*, twenty-five (25) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.

If you fail to timely file and serve a written response, an order granting the Motion. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled. You should take this Notice and the Motion to a lawyer at once.

A telephonic hearing will be held on **October 28, 2020, at 10:00 a.m.** before the Honorable Jeffery A. Deller. Parties wishing to appear telephonically must register (and pay the

regular charge) with CourtCall at (866) 582-6878 no later than twenty-four (24) hours prior to the scheduled hearing. All counsel and parties anticipating telephonically shall comply with the procedures of telephonic participation set forth in the procedures for Judge Deller's cases, which may be found on the Court's webpage at www.pawb.uscourts.gov.

      Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: <u>September 15, 2020</u>     /s/ Brian C. Thompson
                                                            Brian C. Thompson, Esquire
                                                            Attorney for the Debtor
                                                            PA I.D. No. 91197
                                                            125 Warrendale Bayne Road, Suite 200
                                                            Warrendale, PA 15086
                                                            (724) 799-8404 Telephone
                                                            (724) 799-8409 Facsimile
                                                            bthompson@thompsonattorney.com