# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | Bankruptcy No. 20-21838-JAD |
|    John F. Bulboff, ) | |
| ) | Chapter 13 |
|    Debtor. ) | |
| _____ ) | |
| John F. Bulboff, ) | |
| ) | Related to Claim No. 2 |
|    Movant, ) | |
| ) | |
|    v. ) | Related Document No. 32, 33 |
| ) | |
| Local Edge, ) | |
| A Heart Media Services Company, ) | |
| ) | Hearing Date and Time: |
|    Creditor/Respondent, ) | **October 28, 2020 at 10:00 a.m.** |
| ) | |
|    and ) | |
| ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, ) | |
| ) | |
|    Respondents. ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Objection to Proof of Claim No. 2, Proposed Order and Notice of Hearing was served by electronic mail and/or First Class U.S. mail postage prepaid on September 15, 2020, to the parties listed below:

Local Edge, A Heart Media Services Company
c/o Amato and Keating, P.C.
107 North Commerce Way, Suite 100
Bethlehem, PA 18017

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Dated: <u>September 15, 2020</u>  /s/ Jeffrey Castello
Jeffrey Castello, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jcastello@thompsonattorney.com