# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 20-21838-JAD |
| John F. Bulboff, | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |
| John F. Bulboff, | ) | |
| | ) | Related to Claim No. 2 |
| Movant, | ) | |
| | ) | |
| v. | ) | Related Document No. 32, 33 |
| | ) | |
| Local Edge, | ) | |
| A Heart Media Services Company, | ) | |
| | ) | Hearing Date and Time: |
| Creditor/Respondent, | ) | **October 28, 2020 at 10:00 a.m.** |
| | ) | |
| and | ) | |
| | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING
## APPLICATION FOR COMPENSATION AND REIMBURSMENT OF EXPENSES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on September 15, 2020 at Document No. 32 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order Setting Hearing at Document No. 33, Objections were to be filed and served no later than October 10, 2020.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion recorded at Document No. 32 be entered by the Court.

Date: October 12, 2020    /s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200

Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com