**DEFAULT O/E JAD**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    John F. Bulboff,<br>        Debtor. | Bankruptcy No. 20-21838-JAD<br><br>Chapter 13 |
| John F. Bulboff,<br>        Movant,<br>v.<br>Local Edge,<br>A Heart Media Services Company,<br>        Creditor/Respondent,<br>and<br>Ronda J. Winnecour, Chapter 13 Trustee,<br>        Respondents. | Related to Claim No. 2<br><br>Doc. # 32<br><br><br><br>Hearing Date and Time:<br>**October 28, 2020 at 10:00 a.m.** |

## ORDER GRANTING AMENDED OBJECTION TO PROOF OF CLAIM NO. 2

On this __19th__ day of October, 2020 ~~2019~~ ~~xxxxx~~ this matter being before the Court on Debtor's Objection to Proof of Claim No. 2, for the reasons stated in the Objection, or by default for Claimant's failure to respond, it is hereby ORDERED that the claim of Local Edge, A Heart Media Services Company, filed at Proof of Claim No. 2 in the above-captioned bankruptcy case is rejected, disallowed and shall not be paid.

_____
United States Bankruptcy Judge
Jeffery A. Deller

FILED
10/19/20 4:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21838-JAD |
| John F. Bulboff | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 2 |
| Date Rcvd: Oct 19, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2020:**

**Recip ID**    **Recipient Name and Address**
db    + John F. Bulboff, 7 Cherry Lane, Coal Center, PA 15423-1217

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2020    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2020 at the address(es) listed below:**

**Name**    **Email Address**

Allison L. Carr
    on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue acarr@attorneygeneral.gov

Brian Nicholas
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for First Franklin Mortgage Loan Trust 2006-FF9, Mortgage Pass-Through Certificates, Series 2006-FF9 bnicholas@kmllawgroup.com

Brian C. Thompson
    on behalf of Debtor John F. Bulboff bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

District/off: 0315-2     User: dpas     Page 2 of 2
Date Rcvd: Oct 19, 2020     Form ID: pdf900     Total Noticed: 1
TOTAL: 5