# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  John F. Bulboff, | : | Case No. 20-21838-JAD |
| Debtor. | : | Chapter 13 |
| John F. Bulboff, | : | |
| Movant, | : | Document No.: |
| v. | : | |
| Deutsche Bank National Co. Trustee c/o Specialized Loan Servicing LLC, | : | Related Claim No.: 4 |
| Respondent, | : | |

## DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant with the Notice of Mortgage Payment Change filed on May 25, 2021, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtor that the existing payment is sufficient to fund the Plan even with the proposed change for July 1, 2021.

The Debtor's confirmed Plan payment is sufficient to account for the monthly payment change.

Respectfully Submitted,

Date: June 17, 2021

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com