# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   John F. Bulboff, | : | Case No. 20-21838-JAD |
| Debtor. | : | Chapter   13 |
| John F. Bulboff, | : | |
| Movant, | : | Document No.: |
| v. | : | |
| Deutsche Bank National Co.<br>Trustee c/o Specialized Loan Servicing LLC, | : | Related Claim No.: 4 |
| Respondent, | : | |

## CERTIFICATE OF SERVICE

I, Kristen Finke, Paralegal, hereby certify that a copy of Declaration of Sufficient Plan Funding was served by First Class U.S. mail postage prepaid and/or electronic correspondence on June 17, 2021, on the parties listed below.

Matthew Tillma, Authorized Agent
Bonial & Associates, P.C.
14841 Dallas Parkeay, Suite 425
Dallas, TX 75254

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Deutsche Bank National Trust Co. Trustee
c/o Specialized Loan Servicing LLC
6200 S. Quebec Street
Greenwood Village, CO 80111

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Dated: June 17, 2021

/s/ Kristen Finke
Kristen Finke, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
kfinke@thompsonattorney.com