## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   John F. Bulboff, | : | Case No. 20-21838-JAD |
| Debtor. | : | Chapter 13 |
| John F. Bulboff, | : | |
| Movant, | : | Document No.: |
| v. | : | Related Document No.: 46, 47 |
| No Respondent, | : | |
| Respondent, | : | |

## DEBTOR'S DECLARATION

Pursuant to the Order Directing Debtor to file Documentary Proof of Payment and a Notarized Affidavit or Declaration, the non-debtor spouse, and co-owner of debtor's residence, is seeking a refinance of the mortgage which will bring the case current.

It appears to Debtor that the existing payment and refinance of the mortgage is sufficient to fund the Plan.

Respectfully Submitted,

Date:  January 24, 2022

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com