Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **John F. Bulboff** | Case No. 20−21838−JAD |
| *Debtor(s)* | Chapter: 13 |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 5th of April, 2022,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-21838-JAD
John F. Bulboff     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Apr 05, 2022     Form ID: 309     Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John F. Bulboff, 7 Cherry Lane, Coal Center, PA 15423-1217 |
| cr | + | DEUTSCHE BANK NATIONAL TRUST COMPANY, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 15254213 | + | Amy F. Doyle, Esquire, Doyle, Adler, LLC, 11 East Market Street, Suite 103, York, PA 17401-1263 |
| 15254217 | + | Deutsch Bank National Co. Trustee, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Littleton, CO 80129-2386 |
| 15257728 | + | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15254219 | + | Empire Funding, c/o Zachter PLLC, Two University Plaza, Suite 205, Hackensack, NJ 07601-6211 |
| 15254220 | | Enhanced Recovery Corporation, 8014 Mayberry Road, Jacksonville, FL 32256 |
| 15254221 | + | Fayette Waste LLC, PO Box 65, Waltersburg, PA 15488-0065 |
| 15254222 | + | First Data, 1 Western Maryland Pkwy, Hagerstown, MD 21740-5146 |
| 15254225 | + | John J. Hyland, 3510 Outlook Drive, West Mifflin, PA 15122-1800 |
| 15254226 | + | Keystone Hardware, 615 W Pike Street, Canonsburg, PA 15317-1064 |
| 15257000 | + | Local Edge, A Heart Media Services Company, c/o Amato and Keating, P.C., 107 North Commerce Way, Bethlehem PA 18017-8913 |
| 15254227 | + | Local Edge, A heart media services co., c/o Amato Keating and Lessa, P.C., 107 North Commerce Way, Bethlehem, PA 18017-8913 |
| 15254232 | | PA Department of Labor and Industry, Office of UC Tax Services, 651 Boas Street, Harrisburg, PA 17121-0750 |
| 15254234 | + | PNC Card member services, P.O. Box 2859, Kalamazoo, MI 49003-2859 |
| 15254237 | + | SK Diesel Service LLC, 2134 Route 22 Hwy West, Suite C, Blairsville, PA 15717-1272 |
| 15254235 | + | Samual A. Moore, Esquire, 5311 Brightwood Road, Bethel Park, PA 15102-3617 |
| 15254239 | + | United States Attorney's Office, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1955 |
| 15254240 | + | Wells Fargo Dealer Services, PO Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15254215 | + | EDI: PHINGENESIS | Apr 06 2022 03:28:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 15259800 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 05 2022 23:31:59 | Capital Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15254214 | | EDI: CAPITALONE.COM | Apr 06 2022 03:28:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15254216 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 05 2022 23:31:59 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 15254218 | | EDI: DISCOVER.COM | Apr 06 2022 03:28:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 15254223 | + | Email/Text: bankruptcy.notices@hdfsi.com | Apr 05 2022 23:26:00 | Harley Davidson Credit, 3850 Arrowhead Drive, Carson City, NV 89706-2016 |
| 15254224 | + | EDI: IRS.COM | Apr 06 2022 03:28:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15256321 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 05 2022 23:31:59 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 20-21838-JAD    Doc 56    Filed 04/07/22    Entered 04/08/22 00:24:04    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 05, 2022 | Form ID: 309 | Total Noticed: 34 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15254228 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 05 2022 23:31:49 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15254231 | + | EDI: MID8.COM | Apr 06 2022 03:28:00 | Midland Funding, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 15254233 | + | EDI: PENNDEPTREV | Apr 06 2022 03:28:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15254233 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 05 2022 23:26:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15274343 | + | EDI: PENNDEPTREV | Apr 06 2022 03:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15274343 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 05 2022 23:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15264669 | | EDI: Q3G.COM | Apr 06 2022 03:28:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15254238 | | EDI: AISSPRINT | Apr 06 2022 03:28:00 | Sprint, PO Box 8077, London, KY 40742 |
| 15254236 | + | EDI: DRIV.COM | Apr 06 2022 03:28:00 | Santander Consumer USA, Attention: Bankruptcy Dept., PO Box 560284, Dallas, TX 75356-0284 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Commonwealth of Pennsylvania, Department of Revenu |
| cr | | Deutsche Bank National Trust Company, as Trustee f |
| 15254230 | | Martha Rudy |
| 15254229 | ##+ | Maria Sundy, 43 Universal Street, Bridgeville, PA 15017-2447 |

TOTAL: 3 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2022          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue acarr@attorneygeneral.gov |

District/off: 0315-2 User: auto Page 3 of 3
Date Rcvd: Apr 05, 2022 Form ID: 309 Total Noticed: 34

Brian Nicholas
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for First Franklin Mortgage Loan Trust 2006-FF9, Mortgage Pass-Through Certificates, Series 2006-FF9 bnicholas@kmllawgroup.com

Brian C. Thompson
    on behalf of Debtor John F. Bulboff bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 5