**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> JOHN F. BULBOFF <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:20-21838 JAD <br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/16/2020 and confirmed on 07/16/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 43,169.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 43,164.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,250.00 | |
|   Trustee Fee | 2,674.61 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,924.61 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
|   DEUTSCHE BANK NATIONAL TRUST CO - <br>     Acct: 1255 | 0.00 | 16,550.66 | 0.00 | 16,550.66 |
|   DEUTSCHE BANK NATIONAL TRUST CO - <br>     Acct: 1255 | 35,165.13 | 17,021.90 | 0.00 | 17,021.90 |
|   PA DEPARTMENT OF LABOR & INDUSTRY <br>     Acct: 2709 | 1,644.00 | 752.42 | 107.18 | 859.60 |
|   PA DEPARTMENT OF LABOR & INDUSTRY <br>     Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   PA DEPARTMENT OF REVENUE* <br>     Acct: 4420 | 5,508.65 | 2,544.97 | 262.26 | 2,807.23 |
|   WELLS FARGO DEALER SERVICES <br>     Acct: 5015 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 37,239.39 |
| Priority | | | | |
|   BRIAN C THOMPSON ESQ <br>     Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   JOHN F. BULBOFF <br>     Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| JOHN F. BULBOFF | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMPSON LAW GROUP PC | 3,250.00 | 3,250.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMPSON LAW GROUP PC | 5,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 41,869.93 | 0.00 | 0.00 | 0.00 |
| Acct: 2709 | | | | |
| PA DEPARTMENT OF REVENUE* | 6,638.64 | 0.00 | 0.00 | 0.00 |
| Acct: 2709 | | | | |
|  | ***NONE*** | | | |
| **Unsecured** | | | | |
| AMY DOYLE ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL BANK | 242.54 | 0.00 | 0.00 | 0.00 |
| Acct: 7066 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR GE | 392.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4836 | | | | |
| LVNV FUNDING LLC | 249.34 | 0.00 | 0.00 | 0.00 |
| Acct: 6318 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EMPIRE FUNDING | 6,937.50 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FAYETTE WASTE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIRST DATA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HARLEY DAVIDSON CREDIT CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1261 | | | | |
| INTERNAL REVENUE SERVICE* | 7,658.29 | 0.00 | 0.00 | 0.00 |
| Acct: 4420 | | | | |
| JOHN J HYLAND | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KEYSTONE HARDWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LOCAL EDGE - A HEART MEDIA SVCS CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0768 | | | | |
| LVNV FUNDING LLC | 943.70 | 0.00 | 0.00 | 0.00 |
| Acct: 4599 | | | | |
| MARIA SUNDY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0590 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| OFFICE OF US ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SAMUEL A. MOORE, ESQ. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SANTANDER CONSUMER USA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SK DIESEL SERVICE LLC | 6,893.03 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SPRINT CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 20-21838 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| PA DEPARTMENT OF REVENUE* | 1,670.71 | 0.00 | 0.00 | 0.00 |
| Acct: 2709 | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| OFFICE OF US ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\*N O N E\*\*\*

| TOTAL PAID TO CREDITORS | | 37,239.39 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 48,508.57 | |
| SECURED | 42,317.78 | |
| UNSECURED | 24,987.11 | |

Date: 05/04/2022

/s/ Ronda J. Winnecour  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com